IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Denman, James M | Case Number: 07 B 09653 |
| | Judge: Squires, John H |
| Printed: 3/4/08 | Filed: 5/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 23, 2008
Confirmed: July 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,100.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,040.60 |
| Trustee Fee: | | 59.40 |
| Other Funds: | | 0.00 |
| Totals: | 1,100.00 | 1,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 1,398.00 | 1,040.60 |
| 2. | National Loan Acquisition | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | National Loan Acquisition | Secured | 9,670.00 | 0.00 |
| 5. | Chase Tax Related Products Group | Unsecured | 3,345.13 | 0.00 |
| 6. | Dell Financial Services, Inc | Unsecured | 812.19 | 0.00 |
| 7. | American General Finance | Unsecured | 1,581.86 | 0.00 |
| 8. | Harley Davidson Credit | Unsecured | 7,217.91 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 1,533.19 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 2,105.08 | 0.00 |
| 11. | Resurgence Financial LLC | Unsecured | 12,496.43 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 3,627.85 | 0.00 |
| 13. | Gloria Black | Unsecured | 17,549.54 | 0.00 |
| 14. | TCF Bank | Secured | | No Claim Filed |
| 15. | TCF Bank | Secured | | No Claim Filed |
| 16. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 17. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 18. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 19. | Bank Of America | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Credit One Bank | Unsecured | | No Claim Filed |
| 22. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| | | | $ 61,337.18 | $ 1,040.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Denman, James M | Case Number:  07 B 09653 |
| | Judge:  Squires, John H |
| Printed:  3/4/08 | Filed:  5/29/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 59.40 |
| | _____ |
| | $ 59.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

